476 F.2d 1287
 5 Fair Empl.Prac.Cas. 1165, 5 Empl. Prac.
Dec. P 8625
David BUCKNER et al., Plaintiffs-Appellants,
v.
GOODYEAR TIRE AND RUBBER COMPANY et al., Defendants-Appellees.
 No. 72-2697.
 United States Court of Appeals,
Fifth Circuit.
 May 17, 1973.
 
 David H. Hood, Jr., Bessemer, Ala., Nathaniel Jones, New York City, for plaintiffs-appellants.
 William F. Gardner, Birmingham, Ala., Clarence F. Rhea, Gadsden, Ala., for defendants-appellees.
 Before BELL, DYER and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the district court and adopt its carefully considered and well-written opinion, 339 F. Supp. 1108.
 
 
 2
 Affirmed.